**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| KALSHIEX LLC, | Case No. 26-cv-2778 (KMM/DTS) |
| Plaintiff, | **PLAINTIFF KALSHIEX, LLC'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| KEITH ELLISON, in his official capacity as Attorney General of Minnesota; TIM WALZ, in his official capacity as Governor of Minnesota; and JON ANGLIN, in his official capacity as Director of the Minnesota Department of Public Safety, Alcohol and Gambling Enforcement Division, | <u>**EXPEDITED HANDLING REQUESTED**</u> |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 7.1, Plaintiff KalshiEX LLC ("Kalshi") hereby moves for a preliminary injunction in the above-captioned matter and seeks expedited handling of this motion because of ongoing irreparable harm to Plaintiff.

This motion is based on the attached Memorandum of Law, the arguments of counsel, and all files, records, and proceedings herein.

Dated:  June 1, 2026

Respectfully submitted,

**GREENE ESPEL PLLP**

/s/ Holley C. M. Horrell
Holley C. M. Horrell, Reg. No. 0399636
Alison V. Zoschak, Reg. No. 0506030
Kshithij Shrinath, Reg. No. 0505164
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
hhorrell@greeneespel.com
azoschak@greeneespel.com
kshrinath@greeneespel.com
(612) 373-0830

and

Neal Kumar Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen E. Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
Anastasia Pastan (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
Katherine Kelly Fell (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

Attorneys for Plaintiff KalshiEX LLC

2