**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| KALSHIEX LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEITH ELLISON, in his official capacity as Attorney General of Minnesota; TIM WALZ, in his official capacity as Governor of Minnesota; and JON ANGLIN, in his official capacity as Director of the Minnesota [Department of Public Safety,] Alcohol and Gambling Enforcement Division,<br><br>　　　　　Defendants. | Case No. 26-cv-2778 (KMM/DTS) |

**DECLARATION OF ANDREW L. PORTER**

I, Andrew L. Porter, declare as follows:

1.    I am a member of the law firm Milbank LLP, counsel to Plaintiff KalshiEX LLC ("Kalshi") in the above-captioned action.    I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the Transcript of Oral Argument at 12:18–13:2, *KalshiEX LLC v. Johnson*, No. 2:26-cv-01715 (D. Ariz. Apr. 10, 2026).

Dated: June 1, 2026.

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Porter*
　　　　　　　　　　　　　　　　　　　　Andrew L. Porter