**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| KALSHIEX LLC, | Case No. 26-cv-2778 (KMM/DTS) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING** |
| vs. | **PRELIMINARY INJUCTION** |
| KEITH ELLISON, in his official capacity as Attorney General of Minnesota; TIM WALZ, in his official capacity as Governor of Minnesota; and JON ANGLIN, in his official capacity as Director of the Minnesota Department of Public Safety, Alcohol and Gambling Enforcement Division, | |
| Defendants. | |

**[PROPOSED] ORDER**

Based on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that Plaintiff's motion for a preliminary injunction is GRANTED. Defendants are enjoined from enforcing Minn. Stat. §§ 609.75 *et seq.*, including § 609.7615 as amended and adopted by SF 3432, and any other law that is used in a manner to effectively regulate transactions on Plaintiff's designated futures market, against Plaintiff during the pendency of this action. This order shall become effective immediately.

SO ORDERED ON THIS _____ day of _____, 2026.

_____
Judge Katherine M. Menendez
United States District Court