# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ET AL, | Case No. 26-cv-2661 (KMM/DTS) |
| Plaintiffs, | |
| v. | |
| STATE OF MINNESOTA, ET AL, | |
| Defendants. | |

| | |
|---|---|
| KALSHIEX LLC, | Case No. 26-cv-2778 (KMM/DTS) |
| Plaintiff, | |
| v. | |
| KEITH ELLISON, ET AL, | |
| Defendants. | |

| | |
|---|---|
| QCX LLC, | Case No. 26-cv-2841 (NEB/ECW) |
| Plaintiff, | |
| v. | |
| KEITH ELLISON, ET AL, | |
| Defendants. | |

## ORDER

Case Nos. 26-cv-2661 and 26-cv-2778 having been assigned to U.S. District Judge

Katherine M. Menendez and U.S. Magistrate Judge David T. Schultz, and Case No. 26-cv-

2841 having later been assigned to U.S. District Judge Nancy E. Brasel and U.S. Magistrate

Judge Elizabeth Cowan Wright, and said matters being related cases,

**IT IS HEREBY ORDERED** that 26-cv-2841 be assigned to Judge Katherine M.

Menendez and Magistrate Judge David T. Schultz, *nunc pro tunc*, and the Clerk of Court

is directed to void and reuse the cards on the same list pursuant to this District's Order for

Assignment of Cases dated May 27, 2026.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of

the above files.

Dated: June 4, 2026                              *s/ Katherine M. Menendez*
                                                 Katherine M. Menendez
                                                 United States District Judge

Dated: June 4, 2026                              *s/Nancy E. Brasel*
                                                 Nancy E. Brasel
                                                 United States District Judge

2