**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF MINNESOTA, *et al.,* , <br><br> Defendants. | Case No.: 26-cv-02661 (KMM/DTS) |
| KALSHIEX LLC d/b/a KALSHI, <br><br> Plaintiffs, <br><br> v. <br><br> KEITH ELLISON, *et al.,* | Case No.: 26-cv-02778 (KMM/DTS) |
| QCX LLC d/b/a/ POLYMARKET US, <br><br> Plaintiffs, <br><br> v. <br><br> KEITH ELLISON, *et al.,* | Case No.: 26-cv-02841 (KMM/DTS) |

**DECLARATION OF LINDSEY MIDDLECAMP**

I, Lindsey E. Middlecamp, declare as follows:

I serve as Special Counsel for the Minnesota Attorney General's Office and am one of the attorneys representing the State Defendants in these consolidated matters.

1.      Attached as **Exhibit 1** is an index collecting case information of related cases which involve the same or similar preemption claims at issue in these consolidated cases, or which otherwise touch on related subject matter involving prediction markets and the interaction between state and federal laws.

2.      Attached as **Exhibit 2** is a true and correct copy of an article by Nizan Geslevich Packlin and Sharin Rabinovitz which appeared in the April 16, 2026 edition of *Science,* titled "Prediction markets as a public health threat."

3.      Attached as **Exhibit 3** is a true and correct copy of an article by Carlos Garcia which was published in the online edition of *Fortune* on April 10, 2026, titled "Prediction markets have made betting easier than ever-and young men are paying the price."

4.      Attached as **Exhibit 4** is a true and correct copy of an article by Kaitlyn Huamani and Nick Lichtenberg which was published in the online edition of *Fortune* on May 28, 2026, titled "Gen Z's Joe Camel moment: how prediction markets learned to speak in memes."

5.      Attached as **Exhibit 5** is a true and correct copy of an article by Lauren McGaughy, Campbell Robertson, and Corina Knoll, which was published in the online edition of *The New York Times* on April 22, 2026, titled "Kalshi Fines and Suspends 3 Political Candidates for Betting on Their Races."

6. Attached as **Exhibit 6** is a true and correct copy of an article by Joseph Grundfest which was published in the online edition of the *Stanford Report* on April 28, 2026, titled "Prediction markets are surging – here's what you need to know."

7. Attached as **Exhibit 7** is a true and correct copy of an article by John Rainbolt, II which was published in 1977 in Volume 6, Issue 1 of the *Hofstra Law Review,* titled, "Regulating the Grain Gambler and His Successors."

8. Attached as **Exhibit 8** is a true and correct copy of the amicus brief submitted by former CFTC Chairman Gary Gensler on June 11, 2026 in *KalshiEx, LLC v. Schuler, et. al.,* 26-3196 (Sixth Cir.).

9. Attached as **Exhibit 9** is a true and correct copy of the complete text of S.F. 3432, as published on the online edition of the Minnesota Revisor.


I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED this 18th day of January, 2026 in Minneapolis, Minnesota

*/s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp (#0325089)