# UNITED STATES DISTRICT COURT
## District of Minnesota

---

KalshiEX LLC,

                Plaintiff,

v.

Keith Ellison, Tim Walz, Jon Anglin,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-2778 KMM/DTS

_____

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Motions for Preliminary Injunction, *CFTC* (Dkt. 24), *Kalshi* (Dkt. 21), and *Polymarket* (Dkt. 19) are **GRANTED**.

2. Until a final decision on the merits is reached in these cases, Defendants are enjoined from enforcing Minn. Stat. § 609.7615, as amended and adopted by SF 3432, against entities that are registered as designated contract markets by the CFTC.

Date: 7/27/2026

KATE M. FOGARTY, CLERK