GREENE ESPEL PLLP

Holley C. M. Horrell
(612) 373-8394 Direct
hhorrell@greeneespel.com

November 12, 2026

***VIA ECF***

The Honorable David T. Schultz
United States District Court
300 South Fourth Street
Minneapolis, MN, 55415
schultz_chambers@mnd.uscourts.gov

Re: *KalshiEX LLC v. Keith Ellison, et al.*, Case No. 26-cv-2778 (KMM/DTS);
*United States of America and Commodity Futures Trading Commission v. State of Minnesota, et al.*, Case No. 26-cv-2661 (KMM/DTS);
*QCX, LLC v. Keith Ellison, et al.*, Case No. 26-cv-2841 (KMM/DTS)

Dear Judge Schultz:

On behalf of all Plaintiffs in the above-referenced matters, I write to request a one-day extension to submit Plaintiffs' objections to Defendants' discovery plan, which are due today pursuant to the Court's October 19, 2026 Order (*see, e.g.*, Case No. 26-cv-2778, ECF 67). There is good cause for this extension because, due to today's unexpected global Outlook outage, Plaintiffs have been unable to finalize their joint submission.

Plaintiffs contacted Defendants about this request by telephone but have not yet been able to connect. Thank you for the Court's consideration of this request.

Very truly yours,

*/s/ Holley C. M. Horrell*

Holley C. M. Horrell

HCH/ndh
cc: All Counsel of Record